UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ZOLO AGONA AZANIA, | ) |
|     Plaintiff | ) |
| vs. | ) CAUSE NO. 3:05-CV-296 RM |
| DANIEL R. McBRIDE, *et al.*, | ) |
|     Defendants | ) |

## OPINION AND ORDER

Zolo Agona Azania, a *pro se* prisoner, filed a motion seeking to enlarge the time to pay the $250.00 filing fee in this case. Mr. Azania states that he has no money at the county jail and he seeks, "thirty (30) days, or more, to pay the filing fee, after he is returned to the Reformatory." Motion at 1. Effectively, Mr. Azania is seeking an expansive and undefined enlargement of time. This is not reasonable, particularly since that his inmate trust account ledger from the reformatory lists a balance of only $50.00.

For the foregoing reasons, the motion to enlarge (docket # 4) is **DENIED**.

SO ORDERED.

ENTERED: June  2 , 2005

                                                      /s/ Robert L. Miller, Jr.
                                                      Chief Judge
                                                      United States District Court