UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ZOLO AGONA AZANIA,             )
                               )
              Plaintiff        )
                               )
       vs.                     )        CAUSE NO. 3:05-CV-296 RM
                               )
DANIEL R. McBRIDE, *et al.*,   )
                               )
              Defendants       )

<u>OPINION AND ORDER</u>

Zolo Agona Azania, a *pro se* prisoner, filed a second motion seeking to enlarge the time to pay the $250.00 filing fee in this case. Mr. Azania says he needs 30 more days to lobby his family and friends in the hope that they will give him money to pay the filing fee. He does not explain what efforts, if any, he has made during the past month since he mailed this case to the courthouse. Though Mr. Azania has hope that he can obtain these funds; his hope, without any indication of effort for the past month, is insufficient to justify enlarging the deadline for paying the filing fee. Mr. Azania states that he was relocated during this month, but relocation alone did not prevent him from attempting to contact those whom he now hopes will pay his filing fee.

Mr. Azania states that he believed that the court would hear his complaint and, by inference, grant his *in forma pauperis* petition. This statement is not credible. The court of appeals informed Mr. Azania that, "he will be barred from filing future actions without paying the full costs of suit unless he is under imminent danger of serious physical injury." <u>Azania v. Parke</u>, No. 96-4198 (7th

Cir. Nov. 25, 1998) (quotation marks omitted). As previously explained, Mr.

Azania's complaint for monetary damage does not allege, and its factual

allegations do not support, a claim that he is in imminent danger of serious

physical injury. Mr. Azania's repeated abuse of the litigation process has resulted

in his being unable to proceed *in forma pauperis* and unable to defer these

payments.

This motion (docket # 6) does not present good cause for enlarging the time

for paying the filing fee and it is **DENIED**.

SO ORDERED.

ENTERED: June 14 , 2005

    /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

2