UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ZOLO AGONA AZANIA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CV-296 RM |
| ) | |
| DANIEL R. McBRIDE, *et al.*, ) | |
| ) | |
| Defendants ) | |

## OPINION AND ORDER

Zolo Agona Azania, a *pro se* prisoner, was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). He was afforded the opportunity to pay the filing fee, but the deadline has now passed and he has not paid it. Therefore, this case will be dismissed for non-payment of the filing fee. Nevertheless, he is required to pay the filing fee using the methods of 28 U.S.C. § 1915. *See Newlin v. Helman,* 123 F.3d 429 (7th Cir. 1997). For the foregoing reasons, the court:

(1) **DISMISSES** the complaint without prejudice;

(2) **ORDERS** the plaintiff **Zolo Agona Azania, IDOC # 4969** to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $250.00 filing fee is paid in full; and

(3) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to the facility where the plaintiff is currently housed.

SO ORDERED.

ENTERED: June 23 , 2005

   /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court